**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**CFCU COMMUNITY CREDIT UNION,**

                **Appellant,**                No. 07-cv-0856 (GLS)

       v.

**SHERRY LYNN BROWN,**

                **Appellee.**

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR THE APPELLANT:** | |
| The Crossmore Law Office | EDWARD Y. CROSSMORE, ESQ. |
| 115 West Green Street | RALPH W. NASH, ESQ. |
| Ithaca, New York 14850 | |
| | |
| **FOR THE APPELLEE:** | |
| Office of Jeff Coleman | JEFF COLEMAN, ESQ. |
| 107 South Albany Street | |
| Ithaca, New York 14850 | |
| | |
| **FOR THE INTERVENOR:** | |
| HON. ANDREW M. CUOMO | ANDREW D. BING |
| New York Attorney General | Deputy Solicitor General |
| The Capitol | |
| Albany, New York 12224 | |

**Gary L. Sharpe**
**U.S. District Judge**

## **SUMMARY ORDER**

CFCU Community Credit Union ("CFCU") appeals an Order[1] of the United States Bankruptcy Court for the Northern District of New York (Gerling, Chief B.J.), entered on July 23, 2007, denying CFCU's objection to Appellee-Debtor Sherry Lynn Brown's claim of a cash exemption pursuant to section 522(b) of the Bankruptcy Code and section 283 of the New York Debtor and Creditor Law.  11 U.S.C. § 522(b); N.Y. DEBT. & CRED. LAW § 283.  CFCU argues, *inter alia,* that New York is without authority to enact bankruptcy-specific exemptions.  The court has jurisdiction pursuant to 28 U.S.C. § 158(a).

The court reviews a bankruptcy court's findings of fact for clear error, and reviews a bankruptcy court's conclusions of law *de novo.  See Yarinsky v. Saratoga Springs Plastic Surgery, PC (In re Saratoga Springs Plastic Surgery, PC),* 310 B.R. 493, 498 (N.D.N.Y. 2004) (citations omitted).  The facts in the current case are undisputed.  Upon a *de novo* review of the Bankruptcy Court's conclusions of law, the court affirms the thorough opinion of the Bankruptcy Court.

---

[1] *In re Brown,* Nos. 06-30199, 06-30872, 2007 WL 2120380 (Bankr. N.D.N.Y. July 23, 2007).

**WHEREFORE,** for the foregoing reasons, it is hereby

**ORDERED** that the Order of the Bankruptcy Court entered on July 23, 2007 is AFFIRMED; and it is further

**ORDERED** that CFCU's appeal is DISMISSED.

**IT IS SO ORDERED.**

Dated: December 18, 2007
Albany, New York

Gary L. Sharpe
U.S. District Judge